FILED
12/19/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
TD

AO 91 (Rev. 11/11) Criminal ComplaintSAUSA Jill Bhalakia (312) 353-5159

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 1:24-cr-00609-1 |
| v. | |
| DARVELL LUSTER | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about December 18, 2024, at Chicago, IL, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | By intimidation, took from the person and presence of a bank employee approximately $8,405 in United States currency belonging to, and in the care, custody, control, management and possession of PNC Bank, 10701 South Western Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

_____
JAIME EMMANUEL MARTINEZ
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: December 19, 2024_____
*Judge's signature*

City and state: Chicago, IllinoisBETH W. JANTZ, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, JAIME EMMANUEL MARTINEZ, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for two years. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that DARVELL LUSTER has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging **LUSTER** with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, information that appears in law enforcement records, interviews of witnesses, my review of surveillance videos and images, my training and experience, and the experience of other law enforcement agents.

I. **Facts Supporting Probable Cause**

A. **Summary of Probable Cause**

4. In Summary, and as described further below, based on surveillance video and images, witness interviews, and law enforcement's investigation, there exits probable cause to believe that on December 3, 2024, December 10, 2024, and December 18, 2024, DARVELL LUSTER robbed multiple banks.

5. On December 03, 2024, at approximately 3:58 p.m., an unknown subject ("UNSUB") robbed the PNC Bank located at 8700 South Cottage Grove Avenue, Chicago, Illinois 60619. The UNSUB wore glasses, a black face covering, black jacket, gray hooded sweatshirt, black pants, and black shoes. The UNSUB stole approximately $5,000 United States Currency (U.S.C.).

6. On December 10, 2024, approximately 04:00p.m., UNSUB robbed the Chase Bank located at 712 East 87th Street Suite 2, Chicago, Illinois 60619. The UNSUB wore glasses, a purple head covering, hooded gray sweatshirt, gray joggers, black gloves, and black shoes. The UNSUB stole approximately $93.97 U.S.C.

7. On December 18, 2024, at approximately 10:14 a.m., the UNSUB robbed the PNC Bank located at 10701 South Western Avenue, Chicago, Illinois 60643. The UNSUB wore glasses, a camouflage face covering, blue jacket, and red pants. The UNSUB stole approximately $8,405 U.S.C.

B. **December 3, 2024 Robbery of the PNC Bank**

8. According to still images from PNC Bank, on December 3, 2024, at approximately 3:58 p.m., an unknown subject ("UNSUB") robbed the PNC Bank

located at 8700 South Cottage Grove Avenue, Chicago, Illinois 60619. The UNSUB wore glasses, a black face covering, black jacket, gray hooded sweatshirt, black pants, and black shoes. Per the PNC Bank Audit, the UNSUB stole approximately $5,000 (U.S.C.). The PNC Bank deposits were insured by the Federal Deposit Insurance Corporation at the time of the robbery. A photo of the UNSUB is provided below:



### 1. Account of Victim Banker 1

9. According to Victim Banker 1, he/she received a Teams Message shortly before 4:00 p.m. notifying him/her that there was a bank customer waiting in the lobby to speak to him/her about a loan. Victim Banker 1 greeted the UNSUB and went into an office to discuss a loan request. While discussing loan options, Victim Banker 1 asked the UNSUB questions about his personal finances. The UNSUB was short, vague, and answering with one-word answers. The UNSUB stated, "I know the protocols", I know you have to give me money. The UNSUB demanded Victim Banker 1 to get him $5,000 in cash. After making the demand, the UNSUB said, "I have

people watching the branch." While reaching into his pocket, the UNSUB told the Victim Banker 1 that he did not want to hurt anyone. Based on that gesture, the Victim Banker 1 felt the UNSUB had a gun, but never saw a firearm.

10. According to Victim Banker 1, Victim Banker 1 walked out of his/her office, went to the secured teller station area behind the glass. The UNSUB followed Victim Banker 1, stopped before the secured area, and remained in the lobby. Once Victim Banker 1 was in the secured area, he/she stated loudly to the closest unoccupied teller (Victim Teller 1), that he needed to make a withdrawal for $5,000. While the UNSUB looked away, Victim Banker notified the bank tellers that they were being robbed. Victim Banker told another teller to hit the panic button because this was a robbery,

11. According to Victim Banker 1, Victim Banker 1 saw Victim Teller 1 place $5,000 through the teller window and saw the UNSUB take the money. After the UNSUB took the money, the UNSUB instructed Victim Banker 1 to come out of the secured area. Victim Banker 1 stated he/she felt forced into doing this because he/she believed UNSUB had a gun and there were other employees not in the secured area. After this, the UNSUB told him, "Don't call anyone for an hour." The UNSUB left through the main entrance of the bank. Victim Banker 1 described the UNSUB as male, black, wearing prescription glasses with black trim around the lenses and skinny frames, in his early to mid 30's, in between 5'5" to 5'7" in height, wearing a black winter coat, grey hoodie with hood up, and some form or writing on it, and black mask hallway up his face.

### 2. Account of Victim Teller 1

12. According to Victim Teller 1, he/she first noticed the UNSUB inside the PNC Bank in between 11 a.m. and 12 p.m. The UNSUB asked to speak to someone about a loan and spoke with a personal banker. The UNSUB spoke with a personal banker for approximately three minutes and then left the branch. At approximately 3:40 p.m., the UNSUB returned to the PNC Bank and spoke with another personal banker (Victim Banker 1). The UNSUB demanded U.S.C. from Victim Banker 1. Victim Banker 1 complied and approached Victim Teller 1 who gathered the U.S.C. Victim Banker 1 covered his/her mouth and informed Victim Teller that they are being robbed. Victim Teller 1 provided the U.S.C. to the UNSUB under the teller station three window. The UNSUB exited the bank through the front door.

13. Victim Teller 1 described the UNSUB as a male, black, approximately 25-30 years of age, with a medium build, short twisted dark hair, medium to dark complexion, possibly crossed eyed, wearing a black balaclava, rimless prescription glasses, grey hoodie with a front pouch, black sweatpants, and black ADIDAS shell toe shoes.

### C. December 10, 2024 Robbery of the Chase Bank

14. On December 10, 2024, approximately 4:00 p.m., UNSUB robbed the Chase Bank located at 712 East 87th Street Suite 2, Chicago, Illinois 60619. The UNSUB wore glasses, a purple head covering, hooded gray sweatshirt, gray joggers, black gloves, and black shoes. Per the Chase Bank audit, the UNSUB stole approximately $93.97. U.S.C. The Chase Bank deposits were insured by the Federal

5

Deposit Insurance Corporation at the time of the robbery. A photo of the UNSUB in the Chase Bank is provided below:



### 1. Account of Victim Banker 2

15. According to Victim Banker 2, after he/she returned from break, he/she was informed that there was an UNSUB waiting to speak to someone about loans. Victim Banker 2 greeted the UNSUB and took him into his/her office. As Victim Banker 2 and UNSUB were sitting down, Victim Banker 2 observed the UNSUB was wearing black rubber gloves. After a period of discussing loans, the UNSUB informed Victim Banker 2 that he did not have an identification card. The UNUSB told Victim Banker 2 that he was $9,500 behind on his rent and needed the money. The UNSUB then stated, "I demand $10,000." UNSUB then said, "I have a weapon"

6

16. According to Victim Banker 2, after the UNSUB said he had a weapon, he told Victim Banker 2 they were going to get $10,000 and that Victim Banker 2 shouldn't talk to security, hit any alarms, or alert anyone about the bank robbery. UNSUB followed up by telling Victim Banker 2, "Wait an hour to call the police." Victim Banker 2, followed by the UNSUB, walked to the teller. Victim Banker 2 stated that he/she did not want the UNSUB to walk behind him/her but felt forced by the threat of the weapon.

17. According to Victim Banker 2, Victim Banker 2 went into the secured area of the bank and spoke to Victim Teller 2, who was in the second window from the left. The UNSUB remained in the lobby area. The UNSUB walked up to the teller window and repeated what he previously mentioned to Victim Banker 2 to the Victim Teller 2. Victim Teller 2 told the UNSUB he/she did not didn't have the $10,000. The UNSUB then instructed him/her to give him $8,000. Victim Banker 2 then stated that Victim Teller 2 told the UNSUB he/she didn't have any money at all.

18. According to Victim Banker 2, Victim Banker 2 informed the UNSUB that he had not robbed anyone yet so he should leave. The UNSUB responded by putting his hand, which was still in his pocket, up on the counter imploring Victim Teller 2 and Victim Banker 2 to give him what they had. Victim Banker 2 thought the UNSUB was holding a weapon in his pocket when he made that motion. Victim Teller 2 gave the UNSUB money that a prior customer had deposited, which he/she believed was approximately $80 U.S.C. plus some change. UNSUB took the money and left the Chase Bank. Victim Banker 2 described the UNSUB as in his mid-30's,

7

in between 5'7" -5'8", 185 lbs., with dark eyebrows, wearing black rubber gloves, and thick prescription glasses. Victim Banker 2 had previously seen a photo of the offender from the bank robbery that occurred on December 3, 2024 at the PNC Bank near the Chase Bank and stated that the UNSUB was the same person.

### D. December 18, 2024 Robbery of the PNC Bank

19. On December 18, 2024, at approximately 10:08 a.m., the UNSUB entered and robbed the PNC Bank located at 10701 South Western Avenue, Chicago, Illinois 60643. The UNSUB wore glasses, a camouflage face covering, blue jacket, red pants. Per the PNC Bank Audit, the UNSUB stole approximately $8,405 U.S.C. The PNC Bank deposits were insured by the Federal Deposit Insurance Corporation at the time of the robbery. A photo of the UNSUB in the PNC bank is provided below.



1. **Account of Victim Banker 3 And Victim Teller 3**

20. According to Victim Banker 3, an UNSUB entered the PNC Bank and approached Victim Banker 3, who was sitting on a chair at the greeting desk. The UNSUB stated to Victim 1 that he needed to speak with somebody about a mortgage loan. Victim Banker 3 informed the UNSUB that there was no loan officer currently at PNC Bank. Victim Banker 3 handed the UNSUB a pen and notepad for the UNSUB to write down his information. While Victim Banker 3 was attempting to log into Skype to get in contact with a loan officer, the UNSUB handed a note to Victim Banker 3. The note read, "Charles Richland I'M not REALLY Here for this I WANT $5,000 with All this DEMAND MEET NO Silent Alarm until after I leave iN 3hRs AND Go Back out WEST KEEP EVERYthiNG Causual NO signs or Alerts." A photo of the note is provided below:



21. According to Victim Banker 3, Victim Banker 3 complied with the demands of the note, went over to the Victim Teller (Victim Teller 3) and provided Victim Teller 3 with the demand note. According to Victim Teller 3, he/she read the demand note and was confused. As he/she read the demand note, the UNSUB said, "I only want five thousand dollars." According to Victim Banker 3, he/she pressed the key fob on his/her belt to trigger the silent alarm. A bank customer walked in and Victim Banker 3 asked the UNSUB if he/she could help the customer. The UNSUB allowed for Victim Banker 3 to help the bank customer and told Victim Banker 3 not to say anything to the bank customer. Victim Banker 3 had the bank customer wait in an office.

22. According to Victim Teller 3, Victim Teller 3 grabbed a tracker and placed it in between the bank funds from his/her drawer. Victim Teller 3 provided UNSUB with the tracker and what he/she believed to be approximately $3,000 (U.S.C.). As Victim Banker 3 escorted the UNSUB out of the bank, the UNSUB looked back and said to Victim Banker 3, "Don't do anything don't follow me." According to Victim Banker 3, he/she felt scared and felt is he/she did not comply with the demands, the UNSUB would hurt him/her.

### 2. Arrest and Identification of Darvell LUSTER

23. On December 18, 2024, law enforcement received information about the tracker and observed a PACE Bus near 99th Street and Western Avenue. Law enforcement conducted a stop of the PACE Bus and observed an individual wearing a blue jacket and red pants holding U.S.C. in his hands. The individual was taken

10

into custody by law enforcement at approximately 10:24 a.m. The tracker and approximately $8258 U.S.C. were recovered on the individual. Through an Illinois Identification Card recovered from the individual, law enforcement identified the individual as DARVELL LUSTER. According to his identification photo, Darvell LUSTER is a black male, approximately 5'07" in height, weighing approximately 186 lbs. A photo of LUSTER from his Illinois Identification Card is provided below:



### 3. Interview of Darvell LUSTER

24. At approximately 12:56 P.M., LUSTER was advised of his *Miranda Rights* by law enforcement at Chicago Police Department Detective Division Area 2 located at 727 East 111th Street, Chicago, Illinois 60628. LUSTER invoked his right

11

to counsel. LUSTER was wearing the same blue jacket and red pants as the UNSUB who robbed the PNC Bank.

25. At approximately 1:08 P.M., LUSTER reinitiated contact with investigators. LUSTER was again advised of his *Miranda Rights* and agreed to speak with investigators. During the interview, LUSTER was shown images from the PNC Bank on December 3, 2024, the Chase Bank on December 10, 2024, and the PNC Bank on December 18, 2024. LUSTER admitted to robbing the PNC Bank on December 03, 2024, the Chase Bank on December 10, 2024, and the PNC Bank on December 18, 2024. When asked why he robbed the banks, LUSTER stated that he was under stress and was trying to buy people gifts for the holidays.

**II. Conclusion**

26. Based on the information above, I respectfully submit that there is probable cause to believe that on or about December 18, 2024, DARVELL LUSTER did, by intimidation, take from the person or presence of another, money, namely United States Currency, belonging to and in the care, custody, control, management, or possession of PNC Bank, the accounts of which are insured by the Federal Deposit Insurance Corporation in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

_____
JAIME EMMANUEL MARTINEZ
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone December 19, 2024.
_____
Honorable Beth W. Jantz
United States Magistrate Judge